IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LAURIE REINTS, | : | Civil Action No. 4:08-cv-00457 |
| Plaintiff, | : | |
| vs. | : | |
| BAY AREA CREDIT SERVICE, LLC, | : | |
| Defendant. | : | |

Plaintiff, Laurie Reints, by her attorney Ray Johnson, hereby dismisses this matter with prejudice.

Respectfully submitted,

*/s/ Ray Johnson*

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com